# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER RIVERA, | Case No. CV 17-01384 FMO (AFM) |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING CASE** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

On February 21, 2017, plaintiff submitted a complaint without payment of the filing fee and without a Request to Proceed Without Prepayment of Filing Fees. On February 23, 2017, plaintiff was ordered to pay the $350.00 filing fee or provide a Request to Proceed In Forma Pauperis With Declaration in Support, accompanied by a certified copy of his institutional trust account statement for the last six months, and a signed Prisoner Authorization, by March 21, 2017 or his complaint was subject to dismissal.

///

///

///

Plaintiff has failed to submit a timely response to the February 23, 2017 order. Accordingly, plaintiff's complaint is dismissed without prejudice and the case is closed.

DATED: March 31, 2017

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE